AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| TREVARI MEDIA LLC et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:23-cv-01879-MK |
| JOSHUA CANTU | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, JOSHUA CANTU

Date:     01/09/2024

*Attorney's signature*

William G. Wardlow, OR Bar # 162043
*Printed name and bar number*
Wardlow Law, LLC
111 NW Hawthorne Avenue, Suite 7
Bend, Oregon  97703

*Address*

William@WardlowLaw.com
*E-mail address*

(541) 903-2311
*Telephone number*

*FAX number*