**William G. Wardlow** (OR Bar # 162043, Cal. Bar # 200933)
Wardlow Law, LLC
111 NW Hawthorne Avenue, Suite 7
Bend, Oregon  97703
Tel:    (541) 903-2311
William@WardlowLaw.com
    Attorney for Defendant JOSHUA CANTU

**Michael A. Cohe**n, OSB #965776
Email: mcohen@schwabe.com
**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**David Ludwig**, Virginia Bar # 73157
(pro hac vice forthcoming)
Email: dludwig@dbllawyers.com
**Thomas Dunlap**, Virginia Bar # 44016
(pro hac vice forthcoming)
Email: tdunlap@dbllawyers.com
**Jason Witten**, California Bar # 220612
(pro hac vice forthcoming)
Email: jwitten@dbllawyers.com
DUNLAP, BENNETT & LUDWIG, PLLC
211 Church St. SE
Leesburg, VA 20175
Telephone: 703-777-7319
Facsimile: 703-777-3656
    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TREVARI MEDIA LLC, an Oregon limited liability company, and UNDERWATER INVESTIGATIONS LLC, an Oregon limited liability company,<br><br>    Plaintiffs, | Case No.: 6:23-cv-01879-MK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>Hon. Mustafa Kasubhai, presiding |

Page 1    Stipulation To Extend Time For Defendant
         To Respond To Plaintiff's Complaint; Order

**WARDLOW LAW, LLC**
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311

|  |  |
|---|---|
| v. | ) |
|  | ) |
| JOSHUA CANTU, an individual, doing business as JUKE MOTION PICTURES, | ) ) |
|  | ) |
| Defendant. | ) |
|  | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant JOSHUA CANTU may have additional time within which to answer or otherwise respond to Plaintiffs' First Amended Complaint. Therefore, the last day for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint shall be Wednesday, March 13, 2024.

Good cause exists for this extension as Plaintiffs filed their amended Complaint on February 21, 2024 and previously agreed on February 8, 2024 to allow Defendant 21 days thereafter to respond to said amendments.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiffs' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**WARDLOW LAW, LLC**

DATED March 7, 2024    By:    *s/ William G. Wardlow*
**William G. Wardlow**, OSB #162043
William@WardlowLaw.com
Phone: 541-903-2311
Attorney for Defendant,
JOSHUA CANTU

///

///

Page 2    Stipulation To Extend Time For Defendant To Respond To Plaintiff's Complaint; Order

WARDLOW LAW, LLC
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON 97703
541.903.2311

                                           **SCHWABE, WILLIAMSON & WYATT, P.C.**

DATED March 7, 2024            By:    <u>s/ Michael A. Cohen</u>
                                                         Michael A. Cohen, OSB #965776
                                                         mcohen@schwabe.com
                                                         1211 SW 5th Ave., Suite 1900
                                                         Portland, OR 97204
                                                         Telephone: 503-222-9981
                                                         Facsimile: 503-796-2900
                                                         Attorney for Plaintiffs

Page 3    Stipulation To Extend Time For Defendant To Respond To Plaintiff's Complaint; Order

**WARDLOW LAW, LLC**
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON 97703
541.903.2311

## ORDER

      Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Wednesday, March 13, 2024.

Dated: March \_\_\_\_, 2024

                                              _____
                                              Hon. Mustafa Kasubhai
                                              United States District Court

Page 4   Stipulation To Extend Time For Defendant
        To Respond To Plaintiff's Complaint; Order

**WARDLOW LAW, LLC**
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311