**Michael A. Cohen**, OSB #965776
Email: mcohen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711

(Additional Counsel Shown on Signature Page)

*Of Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TREVARI MEDIA LLC**, an Oregon limited liability company, and **UNDERWATER INVESTIGATIONS LLC**, an Oregon limited liability company,<br><br>　　　　Plaintiffs/Counter-Defendants,<br><br>　　v.<br><br>**JOSHUA CANTU**, an individual, doing business as **JUKE MOTION PICTURES,**<br><br>　　　　Defendant/Counter-Claimant. | No. 6:23-cv-01879-MK<br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　　PLEASE TAKE NOTICE that Nika Aldrich, co-counsel for Plaintiffs Trevari Media

LLC and Underwater Investigations LLC in the above-captioned matter hereby submits notice

that he relocated to Schwabe, Williamson & Wyatt's Seattle, Washington location and that all

Page 1    NOTICE OF CHANGE OF ADDRESS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711

further pleadings and documents be served upon him at his new address shown below.

Mr. Aldrich's email address remains the same.

>Schwabe, Williamson & Wyatt, P.C.
>1420 5th Avenue, Suite 3400
>Seattle, WA  98101
>Telephone: 206-622-1711
>Facsimile: 206-292-04600

Michael Cohen remains at the Portland, Oregon location and his contact information remains the same.

>Dated this 15th day of July, 2024.

>Respectfully submitted,

>SCHWABE WILLIAMSON & WYATT

>By: *s/ Nika Aldrich*
>Michael A. Cohen, OSB #965776
>Email:  mcohen@schwabe.com
>Nika Aldrich, OSB #160306
>Email:  naldrich@schwabe.com
>
>David Ludwig, (*pro hac vice*)
>Email: dludwig@dbllawyers.com
>Thomas Dunlap, (*pro hac vice*)
>Email: tdunlap@dbllawyers.com
>Jason Witten, (*pro hac vice*)
>Email: jwitten@dbllawyers.com
>DUNLAP, BENNETT & LUDWIG, PLLC
>211 Church St. SE
>Leesburg, VA 20175
>Telephone: 703-777-7319
>Facsimile: 703-777-3656
>
>*Attorneys for Plaintiffs*

Page 2    NOTICE OF CHANGE OF ADDRESS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711

142127\282856\NFA\46039008.1