**Michael A. Cohen**, OSB #965776
Email: mcohen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Of Attorneys for Plaintiffs/
Counter-Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TREVARI MEDIA LLC**, an Oregon limited liability company, and **UNDERWATER INVESTIGATIONS LLC**, an Oregon limited liability company,<br><br>   Plaintiffs/Counter-Defendants,<br><br>   v.<br><br>**JOSHUA CANTU**, an individual, doing business as **JUKE MOTION PICTURES,**<br><br>   Defendant/Counter-Claimant. | No. 6:23-cv-01879-MTK<br><br>**NOTICE OF CHANGE OF ADDRESS** |

   PLEASE TAKE NOTICE that Michael A. Cohen, counsel for Plaintiffs in the above-captioned matter, hereby submits notice that the suite number of his address has changed. Please direct all further pleadings and correspondence to the following address:

Page 1    NOTICE OF CHANGE OF ADDRESS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR 97204
Telephone: 503-222-9981

Schwabe, Williamson & Wyatt, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204

Dated this 22nd day of December, 2025.

                                      Respectfully submitted,

                                      SCHWABE WILLIAMSON & WYATT

By: *s/ Michael A. Cohen*
       Michael A. Cohen, OSB #965776
       Email: mcohen@schwabe.com

*Of Attorneys for Plaintiffs*

Page 2     NOTICE OF CHANGE OF ADDRESS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR 97204
Telephone: 503-222-9981