William G. Wardlow, Esq. (OR Bar # 162043, Cal. Bar # 200933)
*Wardlow Law, LLC*
111 NW Hawthorne Avenue, Suite 7
Bend, Oregon  97703
Tel:    (541) 903-2311
William@WardlowLaw.com

Attorney for Defendant JOSHUA CANTU


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| TREVARI MEDIA LLC, an Oregon limited liability company, and UNDERWATER INVESTIGATIONS LLC, an Oregon limited liability company, <br><br>         Plaintiffs/Counter-Defendants, <br><br>   v. <br><br> JOSHUA CANTU, an individual, doing business as JUKE MOTION PICTURES, <br><br>         Defendant/Counter-Claimant. | Case No.: 6:23-cv-01879-MK <br><br> **DECLARATION OF JOSHUA CANTU IN SUPPORT OF HIS MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br><br> Hon. Mustafa Kasubhai, presiding |

I, Joshua Cantu, having personal knowledge of the facts contained herein, being over the age of eighteen (18) years and competent to testify to the facts and matters set forth in this Declaration.

    1.     I am the Defendant/Counter-Claimant in the above-captioned matter.

    2.     I provide this Declaration in support of my Motion for Attorney Fees and Costs in the above-captioned matter.

    3.     I have personal knowledge of all matters stated herein and if called as a witness could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

4.      Both parties and my attorney reside in Central Oregon (Bend and Redmond area). As such we were all required to twice drive over Willamette Pass in icy conditions.  To mitigate their risk of driving in the dark, my attorney and I drove over together the day before and stayed in hotels near the courthouse.  Upon arrival, Plaintiff's principal (Jared Leisek) saw me in the lobby of my attorney's hotel and verbally acknowledged my presence.  After that, I chose to stay in a different hotel.

5.      Attached hereto as Exhibit "A" is a true and correct copy of my receipt and proof of payment from The Graduate Hotel in Eugene which totaled $219.50.

6.      Attached hereto as Exhibit "B" is a true and correct copy of my receipts for food purchased at my hotel during my stay in Eugene for the hearing which total $67.60.

7.      Attached hereto as Exhibit "C" is a true and correct copy of my receipts for parking for the hearing which total $16.55.

8.      My attorney and I have a written fee agreement at a rate of $575 per hour which I consider fair and reasonable based on his experience, skill, and results obtained in defending me in this matter, as well as the estimates I received from other Oregon Intellectual Property attorneys during my search.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on this 23rd day of January, 2026 at Bend, Oregon.

_____
Joshua Cantu

Page 2      Cantu Declaration ISO his Motion for
Attorney Fees and Costs

WARDLOW LAW, LLC
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311

**EXHIBIT "A"**



**Exh.A Page 1 of 2**

Cantu Declaration ISO his Motion for
Attorney Fees and Costs

**Wardlow Law, LLC**
111 NW Hawthorne Avenue
Suite 7
Bend, Oregon  97703
541.903.2311



**Exh. A Page 2 of 2**

**EXHIBIT "B"**



**Exh. B Page 1 of 2**

Cantu Declaration ISO his Motion for
Attorney Fees and Costs

WARDLOW LAW, LLC
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON 97703
541.903.2311



Cantu Declaration ISO his Motion for
Attorney Fees and Costs

**Exh. B Page 2 of 2**

WARDLOW LAW, LLC
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311

**EXHIBIT "C"**



**Exh. C Page 1 of 1**

WARDLOW LAW, LLC
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311