William G. Wardlow, Esq. (OR Bar # 162043, Cal. Bar # 200933)
**WARDLOW LAW, LLC**
111 NW Hawthorne Avenue, Suite 7
Bend, Oregon  97703
Tel:    (541) 903-2311
William@WardlowLaw.com

Attorney for Defendant JOSHUA CANTU


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| TREVARI MEDIA LLC, an Oregon limited liability company, and UNDERWATER INVESTIGATIONS LLC, an Oregon limited liability company, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> JOSHUA CANTU, an individual, doing business as JUKE MOTION PICTURES, <br><br> Defendant/Counter-Claimant. | Case No.: 6:23-cv-01879-MK <br><br> **DECLARATION OF WILLIAM WARDLOW IN SUPPORT OF DEFENDANT/COUNTER-CLAIMANT JOSHUA CANTU'S MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br><br> Hon. Mustafa Kasubhai, presiding |

I, William G. Wardlow, declare as follows:

1.      I am an attorney licensed to practice before all the courts of the State of Oregon and the Oregon District Court, and am Plaintiff's attorney of record for Defendant/Counter-Claimant JOSHUA CANTU ("CANTU") in the instant action.

2.      I have personal knowledge of all matters stated herein and if called as a witness could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

3.      I make this Declaration in support of my client's Motion for Attorneys' Fees and Costs.

Page 1      Wardlow Declaration ISO Defendant/Counter-Claimant
Joshua Cantu's Motion for Attorney Fees and Costs

**WARDLOW LAW, LLC**
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311

4.    I was admitted to practice law in California on June 2, 1999 (SBN 200933) and have practiced continually since that date.  Since 2003 I have been admitted to practice before the Ninth Circuit in the Central and Southern Districts of California.

5.    I sat for the 2016 Oregon Bar and was admitted to practice in Oregon on May 5, 2016.  I was admitted to practice in before the Oregon District Court soon thereafter.

6.    During the course of Plaintiffs' Motion, I expended significant time and resources defending my client against two (2) separate firms and seven (7) attorneys.  As a sole practitioner, the dedication of this time has had an outsized impact on my practice.

7.    On January 20, 2026, I telephonically met and conferred with Plaintiffs' counsel regarding the instant Motion but we were unable to informally resolve the matter.

8.    My client and I have a written fee agreement at a rate of $575 per hour.

9.    I am generally aware of the hourly rates charged by attorney in Oregon who specialize in Intellectual Property law and believe $575/hour is below market rate for an attorney in this area, who has been continuously practicing since 1999.

10.    The 2022 Oregon State Bar Economic Survey, of which a true and correct copy of relevant pages are attached hereto as Exhibit "D", supports this rate as acceptable for this case. Based upon my knowledge and experience in the area of intellectual property litigation, it is my opinion that an hourly rate of $575 is both reasonable and *below* market rate for a litigator with my twenty-six (26) years experience, expertise, and reputation.  The 2022 OSB Economic Survey indicated that hourly rates for Business/Corporate Litigation had a 95th percentile of $730 in 2022.  Assuming a 4% increase per year, the current 95th percentile is $846.80.  It should be noted that my category has the highest hourly billing rates.  My requested rate of $575/hour represents only 68% of the rate of the 95th percentile.

11.    My requested hourly rate of $575.00 per hour is based on a number of factors, including my 26 years of experience, the written agreement with my client, the needs of the local market, my skills and experience litigating intellectual property cases, and the typical rates for similarly-situated attorneys.

Wardlow Declaration ISO Defendant/Counter-Claimant Joshua Cantu's Motion for Attorney Fees and Costs

**Wardlow Law, LLC**
111 NW Hawthorne Avenue
Suite 7
Bend, Oregon  97703
541.903.2311

12.     Attached hereto as Exhibit "E" is a true and correct copy of my receipt and proof of payment from Inn at 5th Hotel in Eugene which totaled $250.69.

13.     Attached hereto as Exhibit "F" is a true and correct copy of my receipt and proof of payment from Inn at 5th Hotel in Eugene which totaled $133.52.

14.     Attached hereto as Exhibit "G" is a true and correct copy of my receipt and proof of payment from FedEx in shipping and copying fees for the Motion which had to be personally served and filed under seal which totaled $46.12.

15.     Attached hereto as Exhibit "H" is a true and correct copy of a spreadsheet reflecting the hours and costs for work I performed on this matter together with descriptions of the tasks undertaken.

16.     As reflected in Exhibit "H", I have already dedicated 108 hours to this matter, translating into $62,100 in fees.

17.     This time includes engaging in significant legal research and investigation, including reviewing Plaintiffs' fifteen (15) page Motion together with two Declarations and Exhibits A-L which comprised an additional one hundred twenty-five (125) pages.  Defendant filed an Opposition and as a result I was required to carefully parse all arguments and misrepresentations in said Declarations while also drafting competing Declarations and Exhibits A-T methodically refuting each allegation, which totaled one hundred six (106) pages.  Plaintiffs then filed not only a Reply which included a litany of new issues and claims, but two additional Declarations comprising eighty-seven (87) more pages.  I then spent significant time reviewing all new allegations and discussing same with my client.  I then spent additional time researching, preparing for, and attending the hearing on Plaintiffs' Motion and traveling to and from said hearing.  Since that time, I spent more time researching, drafting, and conferring on the instant motion, corresponding with my client, and drafting the supporting Declarations.

18.     My hours spent will increase as a result of my review of the anticipated Opposition and time researching and drafting a Reply.  As such, my total hours will be updated in said Reply.

19.     By way of comparison, during our conferral on Plaintiffs' Motion, opposing counsel confirmed they had accrued between $20-25,000 in fees in the days prior to our October 16, 2025 conferral on Plaintiffs' Motion, which was well before their October 22, 2025 filing.  I had incurred just over $2,700 in fees as of that date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on this 23rd day of January, 2026 at Bend, Oregon.

s/ William G. Wardlow_____
William G. Wardlow

Page 4          Wardlow Declaration ISO Defendant/Counter-Claimant
Joshua Cantu's Motion for Attorney Fees and Costs

WARDLOW LAW, LLC
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311

**EXHIBIT "D"**

Wardlow Declaration ISO Defendant/Counter-Claimant
Joshua Cantu's Motion for Attorney Fees and Costs

WARDLOW LAW, LLC
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311

# Oregon State Bar
# 2022 Economic Survey

## Report of Findings







**Regional Research Institute**

Exh. D Page 1 of 2

## Table 37: 2021 Hourly Billing Rate by Area of Practice – Private Practice

| Business/Corporate — Litigation | Oregon (n=189) | Downtown Portland (n=108) | Tri-County (n=37) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=13) | Southern Oregon (n=5) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | **$408** | **$474** | $349 | $284 | $311 | $314 | $294 | n/a |
| Median Rate | $375 | $450 | $350 | $290 | $300 | $325 | $302 | n/a |
| 95th Percentile | $730 | $774 | $503 | n/a | n/a | n/a | n/a | n/a |

| Business/Corporate – Transactional | Oregon (n=216) | Downtown Portland (n=79) | Tri-County (n=63) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=23) | Southern Oregon (n=10) | Eastern Oregon (n=18) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $359 | $430 | $343 | $284 | $293 | $318 | $313 | n/a |
| Median Rate | $350 | $395 | $350 | $280 | $300 | $360 | $317 | n/a |
| 95th Percentile | $550 | $710 | $470 | n/a | $440 | n/a | n/a | n/a |

| Civil Litigation – Defendant (excludes insurance defense) | Oregon (n=193) | Downtown Portland (n=108) | Tri-County (n=36) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=9) | Southern Oregon (n=11) | Eastern Oregon (n=10) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $381 | $442 | $335 | $259 | $288 | $281 | $286 | n/a |
| Median Rate | $350 | $415 | $350 | $260 | $300 | $300 | $285 | n/a |
| 95th Percentile | $655 | $743 | $475 | n/a | n/a | n/a | n/a | n/a |

| Civil Litigation – Insurance Defense | Oregon (n=118) | Downtown Portland (n=67) | Tri-County (n=29) | Upper Willamette Valley (n=12) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $232 | $232 | $222 | $243 | n/a | n/a | n/a | n/a |
| Median Rate | $225 | $220 | $200 | $235 | n/a | n/a | n/a | n/a |
| 95th Percentile | $350 | $340 | $413 | n/a | n/a | n/a | n/a | n/a |

| Civil Litigation – Plaintiff (excludes personal injury) | Oregon (n=240) | Downtown Portland (n=99) | Tri-County (n=81) | Upper Willamette Valley (n=26) | Lower Willamette Valley (n=15) | Southern Oregon (n=11) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $374 | $419 | $363 | $305 | $364 | $297 | $286 | n/a |
| Median Rate | $350 | $410 | $350 | $300 | $345 | $300 | $298 | n/a |
| 95th Percentile | $580 | $685 | $525 | $498 | n/a | n/a | n/a | n/a |

| Civil Litigation – Plaintiff Personal Injury | Oregon (n=157) | Downtown Portland (n=37) | Tri-County (n=77) | Upper Willamette Valley (n=20) | Lower Willamette Valley (n=9) | Southern Oregon (n=n/a) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $368 | $393 | **$367** | **$355** | $329 | n/a | **$388** | n/a |
| Median Rate | $350 | $400 | $350 | $350 | $350 | n/a | $393 | n/a |
| 95th Percentile | $550 | $619 | $503 | $498 | n/a | n/a | n/a | n/a |

| Criminal Law, Prosecution | Oregon (n=n/a) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median Rate | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Exh. D Page 2 of 2

# EXHIBIT "E"

*Inn at the 5th*

**Invoice**

**Inn at the 5th**
205 East 6th Avenue
Eugene
United States of America

WARDLOW, WILLIAM
111 NW Hawthorne Avenue, Suite 7
Bend OR 97703
United States of America

**Arrival Date:** 01/11/2026
**Departure Date:** 01/12/2026
**Room Number:** 410
**Confirmation Number:** 173787
**Number of Guests:** 2
**Invoice Currency:** USD

**Invoice Date:** 01/12/2026 20:02:54
**Invoice Number:** 86637

| Date of Charge | Charge Description | Charge Amount | Credit Amount |
|---|---|---|---|
| 01/11/2026 | Overnight Parking | $25.00 | |
| | 245 | | |
| 01/11/2026 | ROOM CHARGE 1000 | $199.00 | |
| 01/11/2026 | City Occupancy Tax | $22.89 | |
| 01/11/2026 | CAT State Tax | $3.80 | |
| 01/12/2026 | Visa PaymentXXXXXXXXXXXX7376 | | $250.69 |

| | |
|---|---|
| **Total Charge** | **$250.69** |
| **Total Credits** | **$250.69** |
| **Net Amount** | **$224.00** |
| **Balance** | **$0.00** |
| City Occupancy Tax | $22.89 |
| CAT State Tax | $3.80 |

**Exh. E Page 1 of 1**

Wardlow Declaration ISO Defendant/Counter-Claimant
Joshua Cantu's Motion for Attorney Fees and Costs

**WARDLOW LAW, LLC**
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON 97703
541.903.2311

EXHIBIT "F"

```
                    7 ELEVEN
                590 E BROADWAY
              EUGENE OR 974013341
                Ph: 5413435465
                STORE#: 26363
                    THANKS
                  GO DUCKS!!!
                    SALE

1 STARBUCKS FRAP MOCHA 13.7Z       4.39 F
1 Btl Dep-N                        0.10 F

TOTAL DEPOSIT      CANTU           $0.10
SUBTOTAL                           $4.49
TOTAL DUE                          $4.49

                                  $4.49

VISA
ACCT#: ************7376
APPROVAL#: 412182      AUTH CODE: 0
APPROVAL TIME: 122818
TERM#: 00072636323
REF#: 91252686986
APP NAME: VISACREDIT
AID: A0000000031010
ENTRY: CHIP
APPROVED
CRYPTO: ARQC 17C4AE9145CDAEE4

             # ITEMS SOLD 1
 CUSTOMER AGREES TO PAY THE ABOVE
     AMOUNT ACCORDING TO THE CARD
        HOLDERS AGREEMENT

          UCKS!!!

    797     /1 /2026 12:28 PM
```

Exh. F Page 1 of 3

Wardlow Declaration ISO Defendant/Counter-Claimant
Joshua Cantu's Motion for Attorney Fees and Costs

WARDLOW LAW, LLC
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311



Marche & Le Bar

Order# 5540098
Table: Table 113
Server: Kristyn L.
Date: 1/11/26, 5:39 PM

Terminal ID:                    4445066099862
Transaction Type:                        Auth
Reference #:
0156947638165928307220532475791493527951116
                                    78111447

Entry Method:                      Contactless
Mode:                                  Issuer
VISA CREDIT:               A0000000031010
ARC:             ARQC 8D495AE581899908
Transaction ID:                   338486259
Approval Code:                       911104
Response Code:                           00
Amount:                               $8.00
-----------------------------------------
                                      $8.00
pFriem Pilsner                            1
-----------------------------------------
Total Item Count:                         1
-----------------------------------------
Subtotal:                             $8.00
Total Tax:                            $0.00
-----------------------------------------
Total:                                $8.00
Paid With: VISA                   XXXX7376
Bill:                       VISA CARDHOLDER
Total:                                $8.00

Tip:              $_____

Total:            $_____

I agree to pay the above total amount
according to card issuer agreement

Merci!
296 E 5th Ave
Eugene, Oregon 97401
(541)342-3612
marcherestaurant.com

***Customer Copy***

Marche & Le Bar

Order# 5540073
Server: Jillian T
Date: 1/11/26, 5:25 PM

Terminal ID:                    4445066099862
Transaction Type:                        Auth
Reference #:
2499023641817981651739864498808043297671137
                                    74570684

Entry Method:                       Chip Read
Mode:                                  Issuer
VISA CREDIT:               A0000000031010
ARC:             ARQC C7CC43A1134D0042
Transaction ID:                   338405084
Approval Code:                       911162
Response Code:                           00
Amount:                              $29.00
-----------------------------------------
Utensils                              $0.00
Cassoulet                            $29.00
-----------------------------------------
Total Item Count:                         2
-----------------------------------------
Subtotal:                            $29.00
Total Tax:                            $0.00
-----------------------------------------
Total:                               $29.00
Paid With: VISA                   XXXX7376
Bill:                     WILLIAMG WARDLOW
Total:                               $29.00

Tip:              $_____

Total:            $_____

I agree to pay the above total amount
according to card issuer agreement

Merci!
296 E 5th Ave
Eugene, Oregon 97401
(541)342-3612
marcherestaurant.com

***Customer Copy***

**Exh.F Page 2 of 3**

**WARDLOW LAW, LLC**
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON 97703
541.903.2311



**WHOLE FOODS**
MARKET

Eugene EUG 541-434-8820
353 E Broadway
Eugene, OR 97401 2710

| DOMA SAISON | $14.99 | |
| CONTAINER DEPOSIT | $0.10 | |
| WFM OG ORANGE JUICE | $8.99 | F |
| CONTAINER DEPOSIT | $0.10 | |
| SAN FRNCSCO SRDGH LOAF | $2.99 | F |
| BNNN RASP PRESERVES | $5.58 | F |

Reg $6.99
Savings ($1.41)
BANANA                        $0.68 F
Qty 0.99 lb @ $0.69/lb
CARRY OUT BAG CHARGE                FT

| Subtotal: | $34.84 |
| Total Savings | -$1.41 |
| Net Sales: | $33.43 |
| Bag Fee: | $0.05EA | $0.05 |
| Total: | $33.48 |

Sold Items:        6

Paid:
VISA            *7376    $33.48
Chip Card:VISA CREDIT
Chip Card AID:A0000000031010

************************************
Your Total Savings
$1.41
************************************

RETURNS: All returns require proof
of purchase. No returns on items
purchased after 30 days.
For additional information
please visit wfm.com/returns.
************************************

Earn 5% back at Whole Foods Market
with Prime Visa
and an eligible Prime membership
Learn more at amazon.com/wfmvisa
************************************
HOW WAS YOUR SHOPPING EXPERIENCE?
Go to http://www.wfm.com/feedback
ENTER FOR A CHANCE TO WIN A $250 GIFT CARD

** BATHROOM CODE: 01258 **

204 71370 01/11/2026 05:05 PM

6301102942047137001112026Ø
377FZDNNCX

---

WELCOME
FRANKLIN BLVD
2091 FRANKLIN BLVD
EUGENE OR
97403

DATE 1/11/26 15:53
TRAN#9085606
PUMP# 08
SERVICE LEVEL: SELF
PRODUCT: PREMIUM
GALLONS:      14.359
PRICE/G:      $3.799
FUEL SALE      $54.55
CREDIT        $54.55

ENTRY: Insert
VISA        Acct: 7376
Term ID: 21
AUTH: 00-711105
ZIP ENTERED
Batch: 41
Seq: 011
INVOICE: 155046
EMV STAN#: 066677856
42
APP NAME:
VISA CREDIT
AID: A0000000031010
APP CRYPTOGRAM:
ARQC 0481C10E6189239
9

Tell us about
your visit for a
chance to win
a fuel gift card!
gasfeedback.com
THANK YOU
HAVE A NICE DAY

**Exh. F Page 3 of 3**

Page 9        Wardlow Declaration ISO Defendant/Counter-Claimant
Joshua Cantu's Motion for Attorney Fees and Costs

**WARDLOW LAW, LLC**
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311

EXHIBIT "G"



**Exh. G Page 1 of 1**

Page 10        Wardlow Declaration ISO Defendant/Counter-Claimant
Joshua Cantu's Motion for Attorney Fees and Costs

**WARDLOW LAW, LLC**
111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311

**EXHIBIT "H"**

Wardlow Declaration ISO Defendant/Counter-Claimant
Joshua Cantu's Motion for Attorney Fees and Costs

**CANTU's Attorney Fees and Costs incurred defending Plaintiffs' Motion**

| Date | Time | Task |
|---|---|---|
| 10/3/2025 | 1.1 | Review and respond to multiple emails from counsel; Telephone conversations with client |
| 10/6/2025 | 0.4 | Review email from counsel; Telephone conversations with client re same |
| 10/7/2025 | 0.2 | Review email from Ludwig and forward same to client; Review client response |
| 10/10/2025 | 0.4 | Review and respond to email from counsel re settlement; Message client re same; Correspondence with client; Review counsel response, research and respond to same |
| 10/11/2025 | 0.3 | Review email from counsel and forward same to client; Review client response and respond to same |
| 10/12/2025 | 0.2 | Review client email and forward same to counsel |
| 10/13/2025 | 2.0 | Review email from counsel; Correspondence with client re same; Review settlement agreement and post-settlement correspondence; Prepare for conferral with counsel; Telephone conversation with client; Review emails from client; Draft email to opposing counsel |
| 10/14/2025 | 0.1 | Review and respond to emails from Ludwig |
| 10/16/2025 | 2.4 | Review emails and attachments from counsel; Forward same to client; Review responses; Prepare for and attend meeting with counsel re motion; Telephone conversations with client |
| 10/17/2025 | 0.6 | Review file; Draft email to counsel and forward to client for review; Review client response and finalize email to counsel |
| 10/22/2025 | 1.0 | Review correspondence from court and filed pleadings; Review email from counsel and attachments; Draft email to client re same |
| 10/23/2025 | 1.1 | Research re motion; Correspondence with client re same |
| 10/27/2025 | 7.4 | Review, research, and draft opposition to Motion to Enforce Settlement and supporting Declarations; Correspondence with client re same |
| 10/29/2025 | 10.4 | Telephone conversation with client; Research and draft opposition to Motion |
| 10/30/2025 | 3.5 | Telephone conversation with client; Research and draft opposition to Motion |
| 10/31/2025 | 5.5 | Correspondence with client; Research and draft opposition to Motion |
| 11/1/2025 | 11.3 | Correspondence with client; Research and draft opposition to Motion |
| 11/2/2025 | 0.5 | Review client correspondence and edits and respond to same |
| 11/3/2025 | 4.8 | Review client correspondence; Revise Opposition and declarations re same; Correspodnence with client; Revise and finalize Opposition, Declarations, and Exhibits; Telephone conversation with client; File pleadings; FedEx same |
| 11/18/2025 | 5.4 | Review email and attached documents re Reply; Research re same; Review correspodnence from court; Email client and review reply |
| 11/19/2025 | 3.7 | Research re Reply issues and evidence; Telephone conversation with client; Review client document re reply issues; Review correspondence from court and counsel re pleadings |
| 12/9/2025 | 0.3 | Draft email to court re hearing; Research re hearing issues; Review reply |
| 12/15/2025 | 4.5 | Review file and prepare for hearing |
| 12/16/2025 | 3.2 | Correspondence withe client; Prepare for and attend hearing on Motion; Review correspondence from Court |
| 12/26/2025 | 0.1 | Review correspondence from court |
| 1/7/2026 | 2.1 | Review file, prepare for and attend meeting with client re hearing; Review materials and prepare for hearing |
| 1/10/2026 | 4.0 | Review file, create exhibits and prepare for hearing |
| 1/11/2026 | 8.8 | Meeting with client; Travel to hearing; Review file, create exhibits and prepare for hearing |
| 1/12/2026 | 8.4 | Prepare for and attend hearing; Travel home from hearing; Research re prevailing party; Review court order and research re same |
| 1/14/2026 | 3.4 | Review PACER and case status; Research attorney fee motion and draft same; Research re prevailing rates and other attorney fee issues |
| 1/15/2026 | 1.6 | Review client email and attached documents; Research attorney fee issues and draft pleadings |
| 1/16/2026 | 3.9 | Research attorney fee issues and draft pleadings; Draft email to counsel re conferral request; Review reply and respond to same; Correspondence with client |

| | | |
|---|---|---|
| 1/20/2026 | 2.0 | Research attorney fee issues and draft pleadings; Research and draft supporting declarations; Prepare for and attend conferral meeting with opposing counsel; Review email from counsel re filing requirements; Review email from counsel re prevailing party status, research and respond to same |
| 1/23/2026 | 3.4 | Research attorney fee issues and draft pleadings; Research and draft supporting declarations and Exhibits; Finalize and file same; Draft emails to counsel and client re same; Correspondence with client |

**Total Hours**      **108.0**

| | | |
|---|---|---|
| | $ | 575.00 hourly rate |
| | **$** | **62,100.00 Attorney Fees** |
| | | |
| | $ | 54.55 Gas |
| | $ | 16.55 Parking |
| | $ | 74.48 Food (Whole Foods, Marche) WGW |
| | $ | 250.69 Hotel WGW |
| | $ | 213.50 Hotel Cantu |
| | $ | 44.00 Cantu Food |
| *subtotal* | $ | 23.60 Cantu Food |
| **$ 681.86** | $ | 4.49 WGW Food |
| | | |
| *subtotal* | $ | 10.95 Shipping |
| **$ 46.12** | $ | 35.17 Copies |
| | | |
| | **$** | **727.98 Costs** |
| | | |
| | **$** | **62,827.98 CANTU Total Attorney Fees and Costs** |

**Exh. H Page 2 of 2**