William G. Wardlow, Esq. (OR Bar # 162043, Cal. Bar # 200933)
**WARDLOW LAW, LLC**
111 NW Hawthorne Avenue, Suite 7
Bend, Oregon  97703
Tel:    (541) 903-2311
William@WardlowLaw.com

Attorney for Defendant JOSHUA CANTU


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| TREVARI MEDIA LLC, an Oregon limited liability company, and UNDERWATER INVESTIGATIONS LLC, an Oregon limited liability company, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> JOSHUA CANTU, an individual, doing business as JUKE MOTION PICTURES, <br><br> Defendant/Counter-Claimant. | Case No.: 6:23-cv-01879-MK <br><br> **SECOND DECLARATION OF WILLIAM WARDLOW IN SUPPORT OF DEFENDANT/COUNTER-CLAIMANT JOSHUA CANTU'S MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> Hon. Mustafa Kasubhai, presiding |

I, William G. Wardlow, declare as follows:

1.      I am an attorney licensed to practice before all the courts of the State of Oregon and the Oregon District Court, and am Plaintiff's attorney of record for Defendant/Counter-Claimant JOSHUA CANTU ("CANTU") in the instant action.

2.      I have personal knowledge of all matters stated herein and if called as a witness could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

3.      I make this Second Declaration in support of my client's Motion for Attorneys' Fees and Costs and corresponding Reply.

Page 1       Second Wardlow Declaration ISO Defendant/Counter-Claimant
             Joshua Cantu's Motion for Attorney Fees and Costs       WARDLOW LAW, LLC
                                                                     111 NW HAWTHORNE AVENUE
                                                                                     SUITE 7
                                                                     BEND, OREGON  97703
                                                                                541.903.2311

4.      Attached hereto as Exhibit "I" is a true and correct copy of a screengrab from the linked page emailed to me by Plaintiffs' counsel on October 22, 2025 (https://schwabe.sharefile.com/d-s4d6e71db691a4d3bb1e2171f4f38bfe8) to download the files related to their Motion to Reopen and Enforce Settlement (which had been filed under seal).  As shown in the image, the names of the filed documents are: 2025-10-22 52 Trevari **Motion to Reopen** and Enforce Settlement.pdf; 2025-10-22 53 Trevari Decl - Leisek_ J. ISO **Motion to Reopen** and Enforce Settlement.pdf; and 2025-10-22 54 Trevari Decl - Ludwig, D. ISO **Motion to Reopen** and Enforce Settlement.pdf, and are contained in the compressed zip file: 2025-10-22 **Motion to Reopen** and Enforce Settlement.zip

5.      As of the date hereof, Plaintiffs have not filed any state court action related to the parties' Settlement Agreement in this matter.

6.      Since the filing of CANTU's original Motion for Attorney Fees and Costs, he has incurred an additional $146.90 cost for the official Hearing Transcript.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on this 10th day of February, 2026 at Bend, Oregon.

s/ William G. Wardlow_____
William G. Wardlow

Page 2        Second Wardlow Declaration ISO Defendant/Counter-Claimant
              Joshua Cantu's Motion for Attorney Fees and Costs

**EXHIBIT "I"**



**Exh. I, page 1 of 2**

Second Wardlow Declaration ISO Defendant/Counter-Claimant    WARDLOW LAW, LLC
Joshua Cantu's Motion for Attorney Fees and Costs    111 NW HAWTHORNE AVENUE
SUITE 7
BEND, OREGON  97703
541.903.2311



**(same document oriented horizontally for easier viewing)**

Page 4    Second Wardlow Declaration ISO Defendant/Counter-Claimant    Wardlow Law, LLC
Joshua Cantu's Motion for Attorney Fees and Costs    111 NW Hawthorne Avenue
Suite 7
Bend, Oregon   97703
541.903.2311